# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00135-CV

**Marco Antonio Flores Parra, Appellant**

**v.**

**Bianey Dominguez, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT NO. D-1-FM-16-005951, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Marco Antonio Flores Parra filed a notice of appeal on February 13, 2017. On February 27, 2017, the Clerk of this Court sent a letter notifying appellant that the clerk's record was overdue and requesting that appellant make payment arrangements for the clerk's record and submit a status report regarding this appeal. The overdue-record notice also informed appellant that failure to make payment arrangements or respond to the Court's notice by March 9, 2017, could subject this appeal to dismissal for want of prosecution.

To date, appellant has not responded to the notice, the clerk's record in this cause has not been filed, and the district clerk has not received any payment. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b),(c).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Field and Bourland

Dismissed for Want of Prosecution

Filed:  April 12, 2017